**Order entered March 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01559-CV

**CHERRY PETERSEN LANDRY ALBERT L.L.P., Appellant**

**V.**

**ERWIN CRUZ, M.D., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-16274**

## ORDER

The Court has before it appellant's March 1, 2013 second unopposed motion for extension of time to file brief of appellant. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by April 8, 2013. No further extensions will be granted without a showing of exceptional circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE